COMMERCIAL CASUALTY INSURANCE COMPANY, respondent,

*v.*

SOUTHERN SURETY COMPANY OF DES MOINES, IOWA, appellant.

[Decided October 17th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *100 N. J. Eq. 92.*

*Messrs. McCarter & English,* for the respondent.

*Messrs. Lum, Tamblyn & Colyer,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.